Kevin H. Marino
John A. Boyle
John D. Tortorella
Anthony J. Tagliaferro
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, NJ  07928-1488
(973) 824-9300
*Attorneys for Plaintiff*
*Jeremiah Williams*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JEREMIAH WILLIAMS,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,**<br><br>    **Defendant.** | Civil Action No. _____<br><br>**NOTICE OF EMERGENT APPLICATION FOR AN ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT ENTER A TEMPORARY RESTRAINING ORDER AND ISSUE A PRELIMINARY INJUNCTION DIRECTING THE NCAA TO IMMEDIATELY REINSTATE JEREMIAH WILLIAMS**<br><br>**Oral Argument Requested**<br><br>**Return Date: to be determined**<br><br>*(Document filed electronically)* |

PLEASE TAKE NOTICE that at a date and time to be set by the Court, pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65.1, Plaintiff Jeremiah Williams ("Plaintiff"), through his attorneys, Marino, Tortorella & Boyle, P.C. (Kevin H. Marino, Esq., appearing), will request that a United States District

Judge for the District of New Jersey enter an Order requiring Defendant National Collegiate Athletic Association (the "NCAA") to show cause why the Court should not issue a temporary restraining order ("TRO") and grant a preliminary injunction enjoining the NCAA (a) to immediately reinstate Williams's eligibility to participate in Division I collegiate athletic competition and, specifically, to play for the Rutgers University Men's Basketball Team; and (b) from enforcing the Rule of Restitution (NCAA Bylaws, § 12.11.4.2) against Williams for complying with and relying on the injunction entered on December 13, 2023, by the Honorable John Preston Bailey, U.S.D.J., in the matter captioned *State of Ohio, et al. v. National Collegiate Athletic Association*, Case No. 1:23-cv-100-JPB (the "West Virginia Injunction") and the TRO and injunctive order entered by this Court.

PLEASE TAKE FURTHER NOTICE that in support of its Application and the Order to Show Cause, Plaintiff will rely on its Verified Complaint filed against Defendant and the Memorandum of Law submitted herewith.  A proposed form of Order is also submitted herewith.

PLEASE TAKE FURTHER NOTICE that Plaintiff respectfully requests oral argument on this application and the Order to Show Cause.

2

Dated: February 1, 2024
Chatham, New Jersey                Respectfully submitted,

                        BY:   _____
                              Kevin H. Marino
                              John A. Boyle
                              John D. Tortorella
                              Anthony J. Tagliaferro
                              MARINO, TORTORELLA & BOYLE, P.C.
                              437 Southern Boulevard
                              Chatham, New Jersey 07928-1488
                              *Attorneys for Plaintiff*
                              *Jeremiah Williams*

3